MLJ/RGM/2006R000258

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | |
| EMMANUEL JONES, a/k/a "Killer," a/k/a "Killer E," a/k/a "Emo," | : | |
| TORIEN BROOKS, a/k/a "B.G.," a/k/a "T-Bird," | : | Criminal No. 07-143 (JAG) |
| ANTHONY WALKER, a/k/a "Ant," a/k/a "B.I.," | : | |
| DAVID ARISTE, a/k/a "D-Brim," and | : | 18 U.S.C. § 924(c) 18 U.S.C. § 1959(a)(1) |
| MATTHEW TURNER, a/k/a "Blood Money" | : | 18 U.S.C. § 1959(a)(3) 18 U.S.C. § 1959(a)(5) 18 U.S.C. § 2 |

**SUPERSEDING INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

COUNT ONE

(Murder Conspiracy)

1. At all times relevant to this Indictment:

a. In the early 1970s, a street gang was formed in Los Angeles, California called the Bloods. As time passed, the Bloods spread to areas surrounding Los Angeles and other locations, and broke into units or sub-groups, each identified or affiliated with a certain street, neighborhood or area.

b. During the early 1970s, an individual unit, or "set," of the Bloods, called the Fruit Town Brims, "FTB" or

"Brims" (hereinafter "Fruit Town Brims Set") was established in Los Angeles. In the early 1990s, the Fruit Town Brims Set became established in New Jersey.

c. The Fruit Town Brims Set has followed and continues to follow many of the same traditions and protocols of the West-Coast Bloods including:

i. An identification with the color red, which appears prominently in clothing, hats and bandana worn by Bloods members;

ii. A long-term and often lethal rivalry with the Crips gang, whose signature color is blue;

iii. Use of a system of codes and hand signals to communicate with each other and to signify their association with the Bloods or a set of the Bloods;

iv. Use of a system of rules and regulations which govern the Bloods, its membership, and entry into the Bloods; these regulations establish a hierarchical membership structure, headed by an "O.G." or "Original Gangster," followed by Captains, Lieutenants, Sergeants and individual members, who are called soldiers or "Brims."

v. The rules governing entry into the Bloods sometimes require those seeking membership to commit acts of violence against another person, or to be beaten or "jumped in" by one or more fellow Bloods member(s). Bloods members are also at times beaten by fellow members as a form of punishment

for violating the rules of the set.

vi. The rules governing the Bloods also establish penalties for those who violate the rules and/or "disrespect" higher ranking members of the Bloods. Such penalties can include being stripped of one's status within the Bloods, being placed on probationary status within the Bloods, and/or being labeled "food." All members of the Bloods are directed to violently attack and/or kill any person labeled as "food."

d. The criminal activity of the Fruit Town Brims Set also includes retaliation against persons who "disrespect" Bloods members in general or the set itself, or who threaten or who are perceived to pose a threat to the gang's authority, power, or control of a neighborhood, as well as the physical disciplining of members and associates who undermine or who are perceived to undermine the power and authority of the enterprise and its members. On occasion, other Bloods members and associates joined together with the Fruit Town Brims Set to engage in criminal conduct.

e. At all times relevant to this Indictment, the defendants EMMANUEL JONES, a/k/a "Killer E," a/k/a "Killa," a/k/a "Emo," TORIEN BROOKS, a/k/a "B.G.," a/k/a "T-Bird," ANTHONY WALKER, a/k/a "Ant," a/k/a "B.I.," DAVID ARISTE, a/k/a "D-Brim," and MATTHEW TURNER, a/k/a "Blood Money," together with other persons, known and unknown, were leaders, members and associates

of the criminal organization that was known and referred to as the Fruit Town Brims Set of the Bloods street gang. The Fruit Town Brims Set constituted an enterprise, as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that was engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

Purposes of the Enterprise

2. At all times relevant to this Indictment, the purposes of the Fruit Town Brims Set enterprise included the following:

a. enriching the members and associates of the enterprise through, among other things, acts in violation of the laws of the United States and the State of New Jersey involving murder, aggravated assault with a deadly weapon, robbery, threats of violence, narcotics trafficking, and intimidation of witnesses;

b. preserving and protecting the power and influence of the enterprise, and its members and associates, both in and out of prison, through the use of acts in violation of the laws of the United States and the State of New Jersey involving murder, aggravated assault with a deadly weapon, robbery, threats of violence, narcotics trafficking, and intimidation of

witnesses; and

c. promoting and enhancing the enterprise as well as the Bloods street gang in general and the activities of its members and associates.

3. At various times relevant to this Indictment:

a. Members and associates of the enterprise used violence, including acts involving murder and aggravated assault with a deadly weapon, to avenge injuries or perceived slights against other members and associates of the Fruit Town Brims Set, to discipline enterprise members and associates who violated the Fruit Town Brims Set's rules and codes, to punish enterprise members and associates who had fallen into disfavor, to punish enterprise members and associates who had been disloyal, to retaliate against rival gangs, and to silence enterprise members and associates who were perceived to be cooperating with law enforcement against members and associates of the Fruit Town Brims Set.

b. Members of the Fruit Town Brims Set were specifically directed to carry firearms, and in fact carried firearms, in order to protect themselves and threaten others in furtherance of the interests of the criminal enterprise.

4. The above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely:

i. acts involving robbery and attempted murder under the laws of the State of New Jersey; and

ii. narcotics distribution and conspiracy to commit narcotics distribution, in violation of Title 21, United States Code, Sections 841(a) and (b)(1), and 846.

Roles of the Defendants

5. At all times relevant to this Indictment:

a. defendants EMMANUEL JONES and TORIEN BROOKS held "status positions" in the Fruit Town Brims Set, and were responsible for furthering the affairs of the enterprise; and

b. defendants ANTHONY WALKER, DAVID ARISTE, and MATTHEW TURNER were members or associates of the Fruit Town Brims Set, and under the direction of its leadership.

6. On or about July 19, 2004, in Jersey City, in the District of New Jersey and elsewhere, defendants

EMMANUEL JONES,
a/k/a "Killer,"
a/k/a "Killer E,"
a/k/a "Emo,"
TORIEN BROOKS,
a/k/a "B.G.,"
a/k/a "T-Bird,"
ANTHONY WALKER,
a/k/a "Ant,"
a/k/a "B.I.,"
DAVID ARISTE,
a/k/a "D-Brim," and
MATTHEW TURNER,
a/k/a "Blood Money,"

for the purpose of gaining entrance to and maintaining and increasing their positions in the Fruit Town Brims Set, an

enterprise engaged in racketeering activity, did knowingly and willfully conspire and agree with others to murder another person, contrary to N.J.S.A. Sections 2C:5-2, 2C:2-6 and 2C:11-3(a)(1) & (2).

In violation of Title 18, United States Code, Section 1959(a)(5).

COUNT TWO

(Murder of M.T.)

1. Paragraphs 1 through 5 of Count One are hereby realleged and incorporated by reference as though set forth fully herein.

2. On or about July 19, 2004, in Jersey City, in the District of New Jersey and elsewhere, defendants

EMMANUEL JONES,
a/k/a "Killer,"
a/k/a "Killer E,"
a/k/a "Emo,"
TORIEN BROOKS,
a/k/a "B.G.,"
a/k/a "T-Bird,"
ANTHONY WALKER,
a/k/a "Ant,"
a/k/a "B.I.,"
DAVID ARISTE,
a/k/a "D-Brim," and
MATTHEW TURNER,
a/k/a "Blood Money,"

for the purpose of gaining entrance to and maintaining and increasing their positions in the Fruit Town Brims Set, an enterprise engaged in racketeering activity, did knowingly and intentionally murder M.T., contrary to N.J.S.A. Sections 2C:2-6 and 2C:11-3(a)(1) & (2), and did knowingly and willfully aid, abet, counsel and induce another in the commission of this offense.

In violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

COUNT THREE

(Assault With A Dangerous Weapon - M.T.)

1. Paragraphs 1 through 5 of Count One are hereby realleged and incorporated by reference as though set forth fully herein.

2. On or about July 19, 2004, in Jersey City, in the District of New Jersey and elsewhere, defendants

EMMANUEL JONES,
a/k/a "Killer,"
a/k/a "Killer E,"
a/k/a "Emo,"
TORIEN BROOKS,
a/k/a "B.G.,"
a/k/a "T-Bird,"
ANTHONY WALKER,
a/k/a "Ant,"
a/k/a "B.I.,"
DAVID ARISTE,
a/k/a "D-Brim," and
MATTHEW TURNER,
a/k/a "Blood Money,"

for the purpose of gaining entrance to and maintaining and increasing their positions in the Fruit Town Brims Set, an enterprise engaged in racketeering activity, did knowingly and intentionally assault another person, specifically M.T., with a dangerous weapon, specifically a firearm, in violation of N.J.S.A. Sections 2C:2-6 and 2C:12-1, and did knowingly and willfully aid, abet, counsel and induce another in the commission of this offense.

In violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

COUNT FOUR

(Assault With A Dangerous Weapon - M.W.)

1. Paragraphs 1 through 5 of Count One are hereby realleged and incorporated by reference as though set forth fully herein.

2. On or about July 19, 2004, in Jersey City, in the District of New Jersey and elsewhere, defendants

EMMANUEL JONES,
a/k/a "Killer,"
a/k/a "Killer E,"
a/k/a "Emo,"
TORIEN BROOKS,
a/k/a "B.G.,"
a/k/a "T-Bird,"
ANTHONY WALKER,
a/k/a "Ant,"
a/k/a "B.I.,"
DAVID ARISTE,
a/k/a "D-Brim," and
MATTHEW TURNER,
a/k/a "Blood Money,"

for the purpose of gaining entrance to and maintaining and increasing their position in the Fruit Town Brims Set, an enterprise engaged in racketeering activity, did knowingly and intentionally assault another person, specifically M.W., with a dangerous weapon, specifically a firearm, in violation of N.J.S.A. Sections 2C:2-6 and 2C:12-1, and did knowingly and willfully aid, abet, counsel and induce another in the commission of this offense.

In violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

COUNT FIVE

(Assault With A Dangerous Weapon - T.F.)

1. Paragraphs 1 through 5 of Count One are hereby realleged and incorporated by reference as though set forth fully herein.

2. On or about July 19, 2004, in Jersey City, in the District of New Jersey and elsewhere, defendants

EMMANUEL JONES,
a/k/a "Killer,"
a/k/a "Killer E,"
a/k/a "Emo,"
TORIEN BROOKS,
a/k/a "B.G.,"
a/k/a "T-Bird,"
ANTHONY WALKER,
a/k/a "Ant,"
a/k/a "B.I.,"
DAVID ARISTE,
a/k/a "D-Brim," and
MATTHEW TURNER,
a/k/a "Blood Money,"

for the purpose of gaining entrance to and maintaining and increasing their positions in the Fruit Town Brims Set, an enterprise engaged in racketeering activity, did knowingly and intentionally assault another person, specifically T.F., with a dangerous weapon, specifically a firearm, in violation of N.J.S.A. Sections 2C:2-6 and 2C:12-1, and did knowingly and willfully aid, abet, counsel and induce another in the commission of this offense.

In violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

COUNT SIX

(Assault With A Dangerous Weapon - A.C.)

1. Paragraphs 1 through 5 of Count One are hereby realleged and incorporated by reference as though set forth fully herein.

2. On or about July 19, 2004, in Jersey City, in the District of New Jersey and elsewhere, defendants

EMMANUEL JONES,
a/k/a "Killer,"
a/k/a "Killer E,"
a/k/a "Emo,"
TORIEN BROOKS,
a/k/a "B.G.,"
a/k/a "T-Bird,"
ANTHONY WALKER,
a/k/a "Ant,"
a/k/a "B.I.,"
DAVID ARISTE,
a/k/a "D-Brim," and
MATTHEW TURNER,
a/k/a "Blood Money,"

for the purpose of gaining entrance to and maintaining and increasing their positions in the Fruit Town Brims Set, an enterprise engaged in racketeering activity, did knowingly and intentionally assault another person, specifically A.C., with a dangerous weapon, specifically a firearm, in violation of N.J.S.A. Sections 2C:2-6 and 2C:12-1, and did knowingly and willfully aid, abet, counsel and induce another in the commission of this offense.

In violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

COUNT SEVEN

(Possession, Use and Carrying of a Firearm for Violent Crime)

On or about July 19, 2004, in Jersey City, in the District of New Jersey and elsewhere, defendants

EMMANUEL JONES,
a/k/a "Killer,"
a/k/a "Killer E,"
a/k/a "Emo,"
TORIEN BROOKS,
a/k/a "B.G.,"
a/k/a "T-Bird,"
ANTHONY WALKER,
a/k/a "Ant,"
a/k/a "B.I.,"
DAVID ARISTE,
a/k/a "D-Brim," and
MATTHEW TURNER,
a/k/a "Blood Money,"

during and in relation to a crime of violence, specifically the Murder of M.T. alleged in Count Two, and the Assault with a Dangerous Weapon of M.T. alleged in Count Three, for which the defendants could be prosecuted in a Court of the United States, did knowingly use and carry, and, in furtherance of such crime, possess firearms, to wit a .40 caliber semi-automatic pistol and a .45 caliber semi-automatic pistol, which firearms were discharged, and did knowingly and willfully aid, abet, counsel and induce another in the commission of this offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

COUNT EIGHT

(Possession, Use and Carrying of a Firearm for Violent Crime)

On or about July 19, 2004, in Jersey City, in the District of New Jersey and elsewhere, defendants

EMMANUEL JONES,
a/k/a "Killer,"
a/k/a "Killer E,"
a/k/a "Emo,"
TORIEN BROOKS,
a/k/a "B.G.,"
a/k/a "T-Bird,"
ANTHONY WALKER,
a/k/a "Ant,"
a/k/a "B.I.,"
DAVID ARISTE,
a/k/a "D-Brim," and
MATTHEW TURNER,
a/k/a "Blood Money,"

during and in relation to a crime of violence, specifically the the Assault with a Dangerous Weapon of M.W. alleged in Count Four, the Assault with a Dangerous Weapon of T.F. alleged in Count Five, and the Assault with a Dangerous Weapon of A.C. alleged in Count Six, for which the defendants could be prosecuted in a Court of the United States, did knowingly use and carry, and, in furtherance of such crime, possess firearms, to wit a .40 caliber semi-automatic pistol and a .45 caliber semi-automatic pistol, which firearms were discharged, and did knowingly and willfully aid, abet, counsel and induce another in the commission of this offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), 924(c)(1)(C)(i) and 2.

A TRUE BILL

RALPH J. MARRA, JR.
ACTING UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA
V.
EMMANUEL JONES
TORIEN BROOKS
ANTHONY WALKER
DAVID ARISTE
MATTHEW TURNER

INDICTMENT FOR 18 U.S.C.§ 924(c), 1959§§(a)(1), (a)(3) and (5) and 18 U.S.C. §2

Ralph J. Marra, Jr.
Acting United States Attorney
Newark, NJ

AUSA Melissa L. Jampol