*1/14/11*
*3.45 pm*
*3.*

                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :     Criminal No. 07-143 (SRC)
                                  :
        v.                        :
                                  :
                                  :
VINCENT YOUNG,                    :     SEALING ORDER
   a/k/a "No Good,"               :
   a/k/a "Good,"                  :
   a/k/a "Big Head,"              :
ALTARIQ GUMBS,                    :
   a/k/a "Killer Reek,"           :
   a/k/a "Killer,"                :
   a/k/a "Reek,"                  :
   a/k/a "Jersey,"                :
   a/k/a "Sankofa,"               :
MARY HOLMES,                      :
   a/k/a "Mary Brim,"             :
   a/k/a "Ma,"                    :
TORIEN BROOKS,                    :
   a/k/a "B.G.,"                  :
   a/k/a "T-Bird,"                :
   a/k/a "Reek Boy,"              :
ANTWON BREEDLOVE,                 :
   a/k/a "Haywire,"               :
EMMANUEL JONES,                   :
   a/k/a "Killer,"                :
   a/k/a "Killer E,"              :
   a/k/a "Emo,"                   :
SALEEN NEAL,                      :
   a/k/a "S Bang,"                :
HALEEK STATE,                     :
   a/k/a "H.O.,"                  :
LARRY MAYO,                       :
   a/k/a "Little Dark Angel,"     :
   a/k/a "D.A.,"                  :
JOHN BENNING,                     :
   a/k/a "Hood,"                  :
TEQUAN RYALS,                     :
   a/k/a "T Brim,"                :
MICHAEL MCCLOUD,                  :
   a/k/a "Ike Brim,"              :
RICKY COLEMAN,                    :
   a/k/a "Pool Stick,"            :
   a/k/a "Sticks,"                :
MARCKESE STEWART,                 :
   a/k/a "Shark," and             :
RICHARD FIELDS,                   :
   a/k/a "P.O."                   :

This matter having come before the Court upon the application of the United States of America (Lisa M. Colone and Robert L. Frazer, Assistant U.S. Attorneys, appearing), for arrest warrants of defendants VINCENT YOUNG, JOHN BENNING, MICHAEL MCCLOUD and RICHARD FIELDS, and its concurrent application that the Second Superseding Indictment filed against the persons named in the warrants be filed under seal, and good cause having been shown,

IT IS, on this ___14___ day of January, 2011,

ORDERED that, except for such copies of the arrest warrants as are necessary to accomplish their purpose, the Second Superseding Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrants of defendants VINCENT YOUNG, JOHN BENNING, MICHAEL MCCLOUD and RICHARD FIELDS, are executed or until further order of the Court.

_____
HON.
United States Magistrate Judge