UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**NEWARK**  July 18, 2011
**Judge Chesler**

**COURT REPORTER: KASHMER**  Docket <u>07-143</u>

## TITLE OF CASE

USA

v.

ALTARIQ GUMBS

**APPEARANCE:**

Melissa Jampol, AUSA and Rob Frazer, AUSA

Thomas Ambrosio, Esq.,

**NATURE OF PROCEEDINGS:**

**RETRACTION PLEA**

**Defendant Sworn**

**Defendant retracted plea of not guilty heretofore entered and pled guilty to count 1 of the SECOND SUPERSEDING INDICTMENT.**

**Plea Agreement, fld.**

**Rule 11 Form, fld.**

**Ordered sentence date set for 10/19/2011 at 11:00 a.m.**

**Ordered defendant remanded.**

2:15 p.m. until 2:45 p.m.

**s/Theresa C. Trivino, Senior Coutroom Deputy/Court Specialist**