UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK**                                                          7/30/2012
**Judge Chesler**
**COURT REPORTER: KASHMER**                Docket 07-143 (7)
**TITLE OF CASE**
UNITED STATES OF AMERICA

v.

ALTARIQ GUMBS

**APPEARANCE:**

Same

**NATURE OF PROCEEDINGS:**

Court conducted Evidentiary Hearing on Contested Sentence.

Crystal Fisher-Sworn for the government

SENTENCE: 168 months ON COUNT ONE OF THE SECOND SUPERSEDING INDICTMENT. This term includes 72 months credit for time served on a related state sentence (Superior Court of New Jersey, Essex County Indictment No. 02-05-1694).

SUPERVISED RELEASE: 3 years, ON COUNT ONE OF THE SECOND SUPERSEDING INDICTMENT. The defendant must submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

SPECIAL CONDITIONS:

    ALCOHOL/DRUG TESTING AND TREATMENT

    PROHIBITIONS ON GANG/CRIMINAL ASSOCIATIONS

    COMPUTER MONITORING

SPECIAL ASSESSMENT: $100, which shall be due immediately.

Ordered defendant remanded.

The Court recommends that the defendant shall be designated to a facility of more then 500 miles from the State of New Jersey and that the defendant shall have no access to telephones unless it is consistent with the regulations and security classification within the BOP. The Court will consider Virginia as a designated location for the defendant consistent with the BOP determination.

Ordered Count 17 of the Second Superseding Indictment be and is hereby dismissed.

10:30 a.m. 1:50 4.20

        s/Theresa C. Trivino, Senior Court Specialist/Courtroom Deputy