# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **Criminal No. 07-143 (SRC)** |
| v. | **ORDER** |
| RICKY COLEMAN, | |
| Defendant. | |

**CHESLER**, District Judge

This matter having come before the Court on the motion filed *pro se* by Defendant Ricky Coleman ("Coleman") for the Court to order that he be provided with a copy of his sentencing transcript at public expense; and it appearing that the Court had appointed Coleman counsel pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A; and it appearing that the CJA provides for reimbursement of the costs of transcripts authorized by the Court; and it appearing that Coleman states that he needs his sentencing transcript to prepare an appeal; therefore,

**IT IS** on this 20th day of December, 2012,

**ORDERED** that Coleman's motion for the provision of a copy of his sentencing transcript at public expense [docket entry 338] is **GRANTED**; and it is further

**ORDERED** that the Court Reporter shall furnish the sentencing transcript as early as practicable.

       s/Stanley R. Chesler
       STANLEY R. CHESLER
       United States District Judge