Al-Tariq Gumbs, Reg. No. 05674-748
United States Penitentiary - POLLOCK
P.O. Box - 2099 (Unit B-1, #164)
Pollock, Louisiana 71467-2099

Clerk of the Court
M. L. King Jr. Fed. Bldg. & Ct. House
50 Walnut Street
P.O. Box - 999
Newark, NJ 07101-0999

RECEIVED
AUG 30 2013
AT 8:30
WILLIAM T. WALSH, CLERK

RE: United States v. Al-Tariq Gumbs
    Criminal No. 07-143 (SRC)

Dear Clerk,

    I am requesting for a copy of my (1) Court Docket Sheet of All Entries; (2) The terms of the Plea Offer with Signatures; (3) Plea Agreement with Signatures; (4) Sentencing Transcript in relation to the matter of my case of appeal. I prefer all of the transcripts to be printed in full pages for the reason that I do not have to enlarge a manuscript when a copy is needed as to that it would be time consuming.

    If it would not be too much trouble to ask you for a print out of a keyword index at the end of each transcript, I would appreciate your extended assistance. It will be of a great help in immediately identifying a location of interest in researching my case. I was represented by Thomas Ambrosio, (Court Appointed) under the Forma Pauperis.

    Thank you for your time and consideration in the matter of expediting my request for all the transcripts in my case.

May god Bless you, as well as, your family. Thank you.

Respectfully
Al-Tariq Gumbs
Dated: 8/19/2013

*Attorney At Law*
Thomas Ambrosio, Esq.
750 Valley Brook Avenue
Lyndhurst, NJ 07071
tambrosio@legal750.com
  Off: 201-935-3005
  Fax: 201-935-7667

Cc: Clerk of the Court
    Al-Tariq Gumbs - Defendant
    Thomas Ambrosio, Esq.

## CERTIFICATE OF SERVICE

I, Al-Tariq Gumbs., do hereby certify under the penalty of perjury, 28 U.S.C. Sec. 1746, that I have served a true and correct of the foregoing document(s):

1. Letter requesting for a copy of my (1) Court Docket Sheet of All Entries; (2) The terms of the Plea Offer with Signatures; (3) Plea Agreement with Signatures; (4) Sentencing Transcript in relation to the matter of my case of appeal.

Which, pursuant to **Houston v. Lack, 487 U.S. 266, 101 L. Ed 2d, 108 S. Ct. 2379 (1988),** is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and/or their attorney(s) of record.

I have placed the material referenced above in a properly sealed envelope with first-class postage (stamps affixed and I addressed it to:

1
Clerk of the Court
M. L. King Jr. Fed. Bldg. & Ct. House
50 Walnut Street
P.O. Box - 999
Newark, NJ 07101-0999

and deposited said envelope *via* hand delivered to the Mail Room Staff at the United States Penitentiary Pollock, Louisiana, on this _19_ day of 2013. August

Respectfully Submitted,

Al-Tariq Gumbs, Reg. No. 05674-748
United States Penitentiary - POLLOCK
P.O. Box - 2099 (Unit B-1, #164)
Pollock, Louisiana 71467-2099
Dated: 8/19/2013



RECEIVED
AUG 30 2013
AT 8:30
WILLIAM T. WAL...

Al-Tariq Gumbs - 05674-748
U.S.P. - Pollock
P.O. Box - 2099
Pollock, LA
71467-2099

Legal work

Clerk of the Court
M. L. King Jr. Fed. Bldg. & Court House
50 Walnut St.
P.O. Box - 999
Newark, N.J. 07101-0999