Al-Tariq Gumbs, Reg. No. 05674-748
United States Penitentiary
P.O. Box - 2099 (Unit B-1, #164)
Pollock, LA 71467-2099

To: The Clerk of the Court
    Martin Luther King. Jr.
    Fed. Bldg. & U.S. Ct. House
    50 Walnut Street, Room 4015
    Newark, New Jersey 07102

UNITED STATES DISTRICT COURT OF NEW JERSEY
DISTRICT OF NEWARK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| (Respondent) | CRIM. Case No. 07-CR-143(SRC) |
| v. | MOTION REQUESTING SENTENCING TRANSCRIPTS & PLEA TRANSCRIPTS |
| Al-TARIQ GUMBS et al. | |
| (Defendant) | |

NOW COMES, The defendant Al-Tariq of record of the above caption case mentioned, before the Honorable Court at the United States District Court of New Jersey, Newark., 50 Walnut Street, Room 4015., Newark, NJ 07102, on request of Motion to provide the defendant with a Copy of the Plea Transcript & Sentencing transcript.

The defendant has previously been granted leave to proceed in forma pauperis in this Court.

I kindly appreciate your expeditious response as to that my time in the Federal Bureau of Prisons is continuously running and I do not want to be further delayed in pursuing the possibilities of obtaining an earlier release. Thank You.

Cc: Clerk of the Court
    Al-Tariq Gumbs, Defendant

Al-Tariq
Dated: 10/23/2013

1 of 2

## CERTIFICATE OF SERVICE

I, Al-Tariq Gumbs, do hereby certify under the penalty of perjury, 28 U.S.C. § 1746, that I have served a true and correct of the foregoing document(s):

1)   Motion Requesting Sentencing Transcripts & Plea Transcripts.

Which, pursuant to **Houston v. Lack, 487 U.S. 266, 101 L. Ed 2d, 108 S.Ct. 2379 (1988),** is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and/or their attorney(s) of record.

I have placed the material referenced above in a properly sealed envelope with first-class postage (stamps affixed and I addressed it to:

1
The Clerk of the Court
Martin Luther King. Jr.
Fed. Bldg. & U.S. Ct. House
50 Walnut Street, Room 4015
Newark, New Jersey 07102

and deposited said envelope **via** hand delivered to the Mail Room Staff at the United States Penitentary Pollock, Louisiana 71467-2099, on this 24th day of October, 2013.

Respectfully Submitted,

*Al-Tariq Gumbs*
Al-Tariq Gumbs,
Reg. No. 05674-748
United States Peniteniary
P.O. Box - 2099 (Unit, B1, #164)
Pollock, LA 71467-2099

**2 of 2**

# THOMAS AMBROSIO
Attorney at Law
750 Valley Brook Avenue
Lyndhurst, New Jersey 07071
(201) 935-3005
(201) 935-7667 (fax)

Member NJ & NY Bars                                                                                  tambrosio@legal750.com

September 5, 2013

Al-Tariq Gumbs 05674-748
USP Pollock (unit B-1, #164)
P.O. Box 2099
Pollock, LA 71467

Re:   USA vs. Altariq Gumbs et al.
      07-cr-143(SRC)

Dear Altariq:

I am in receipt of your letter to the New Jersey District Court Clerk dated August 19, 2013. I can provide you with some of the documents you have requested. Please find enclosed the following:

1. Court Docket Sheet of All Proceedings
2. Plea Agreement (signed and filed)
3. Application for Permission to Enter Plea of Guilty (signed and filed)
4. July 18, 2011 Minutes of Proceedings
5. July 30, 2012 Minutes of Proceedings
6. Judgment of Conviction

I do not have the plea transcripts or the sentencing transcripts. You would have to make a motion to have those prepared for you.

I hope all is well with you. I just got a hung jury on a 2 month trial before Judge Hayden. The retrial starts in October, so I am going to be very busy through the end of the year.

Very truly yours,

Thomas Ambrosio

Encl.

Al-Tariq Gumbs, Reg. No. 05674-748
United States Penitentiary
P.O. Box - 2099 (Unit B-1, #164)
Pollick, LA 71467-2099

(SPECIAL MAIL)

Clerk of the Court
Martin Luther King, Jr.
Fed. Bldg. & U.S. Ct. House
50 Walnut Street, Room 4015
Newark, New Jersey 07102

(SPECIAL MAIL)

(SPECIAL MAIL)